UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

           :

D&H DISTRIBUTING CO.,           :

           :

          Plaintiff,         :

           :

      -v-         :

           :

SENSION INC. d/b/a MADE BY GATHER,    :

           :

       Defendant.      :

           :

------------------------------------------------------------------------X

26-cv-4595 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/5/2026

LEWIS J. LIMAN, United States District Judge:

The Court held a hearing today, June 5, 2026, on the motion for a temporary restraining order. For the reasons provided on the record, the motion is DENIED without prejudice to renewal by way of motion for a preliminary injunction.

An initial case management conference is scheduled for July 7, 2026, at 10:30 AM in Courtroom 15C of the 500 Pearl Street Courthouse. By one week prior to conference, the parties shall meet and confer and jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage. The parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters. At the parties' meet and confer, they shall also discuss Defendant's contemplated motion to dismiss.

The parties are further directed to refile all materials previously filed under seal on the public docket, with limited redactions only for the dollar figures contained in the relevant

contracts.  Such redactions are appropriate under the Second Circuit's decision in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), given the sensitive commercial information and interests at issue.

The Clerk of Court is respectfully directed to close Dkt. Nos. 10, 23, and 30.

SO ORDERED.

Dated: June 5, 2026
New York, New York

                LEWIS J. LIMAN
           United States District Judge

2