USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 07/07/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

D&H DISTRIBUTING CO.,

Plaintiff,

-v-

SENSIO INC. d/b/a MADE BY GATHER,

Defendant.

----------------------------------------------------------------------X

26-cv-4595 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This order documents the rulings made during the initial pretrial conference in this matter held today. Defendant shall file its motion for judgment on the pleadings and its answer directed to the First Amended Complaint by no later than July 13, 2026. Plaintiff shall respond to the motion for judgment on the pleadings by July 27, 2026, and Defendant shall file its reply memorandum by no later than August 3, 2026. The motion for judgment on the pleadings at Dkt. No. 42, which was directed to the original complaint, is denied as moot. By July 10, 2026, and after meeting and conferring with Defendant, Plaintiff shall file a letter brief providing support for the filing of the First Amended Complaint partially under seal. Dkt. No. 51. The parties shall serve initial disclosures and initial requests for production of documents and interrogatories pursuant to Local Rule 33.3 by no later than July 21, 2026 but, for reasons stated on the record, responses to the requests for production and the interrogatories and all other discovery in this case is stayed until after a ruling on the renewed motion for judgment on the pleadings. The stay is based on the strength of the motion, the breadth of discovery, and the absence of prejudice. *Hong Leong Finance Ltd. (Singapore) v. Pinnacle Performance Ltd.*, 297 F.R.D. 69, 72 (S.D.N.Y. May 22, 2013). By no later than seven days after a ruling on the

renewed motion for judgment on the pleadings, the parties shall submit a joint letter regarding the management of the case going forward. Any party may move for the stay to be lifted in whole or in part upon a showing of good cause after meeting and conferring with the other party.

SO ORDERED.

Dated: July 7, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge